1
2
3
4
5
6

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

7
8
9

| | |
|---|---|
| WADE RAINEY,                    ) | 1:08 cv 01731 AWI YNP GSA (PC) |
| )  | |
| Plaintiff,           ) | ORDER RE: FINDINGS & |
| )  | RECOMMENDATIONS |
| v.                     ) | |
| )  | ORDER DENYING DEFENDANT'S |
| M. GARCIA,                    ) | MOTION TO DISMISS |
| )  | |
| Defendant.            ) | Documents *#19 & #25* |
| _____ ) | |

10
11
12
13
14
15
16

       Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was

referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

72-302.

       On January 19, 2010, Findings and Recommendations were entered, recommending that

the motion to dismiss by Defendant be denied. The parties were provided an opportunity to file

objections within thirty days.  No objections to the Findings and Recommendations have been

filed.

       In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 73-305,

this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

the court finds the findings and recommendations to be supported by the record and proper

analysis.

17
18
19
20
21
22
23
24
25
26
27
28

Accordingly, THE COURT HEREBY ORDERS that:

1.      The Findings and Recommendations issued by the Magistrate Judge on January 19, 2010, are adopted in full;

2.      The motion to dismiss by Defendant Garcia is denied;

3.      Defendant Garcia shall file a further response to the complaint within thirty days of the date of service of this order; and

4.      This action is referred to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

**Dated:     March 19, 2010**          _____/s/ Anthony W. Ishii_____
                                        CHIEF UNITED STATES DISTRICT JUDGE

2